S11U0730. IN RE FORMAL ADVISORY OPINION NO. 10-2.
(720 SE2d 647)

This Court granted review of Formal Advisory Opinion Number 10-2, issued by the Formal Advisory Opinion Board on October 14, 2010. With this order, we hereby approve Formal Advisory Opinion Number 10-2 pursuant to State Bar Rule 4-403 (d).

ORDERED JANUARY 9, 2012.

*Paula J. Frederick, General Counsel State Bar, John J. Shiptenko,*

---

*Robert E. McCormack III, Assistant General Counsel State Bar*, for State Bar of Georgia.

*Jane G. Okrasinski, Stephen M. Reba, Aimee E. Stowe, Judge Robert V. Rodatus, Ashley A. Stinson, Michelle B. Vereen, Willa W. Howick, Victoria L. McLaughlin*, amici curiae.